1
2
3
4
5

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| **CENTEX HOMES,** | ) | **1: 07-CV-0568 AWI SMS** |

**CENTEX HOMES,**
        **Plaintiff,**      )
    **v.**        )

**FINANCIAL PACIFIC INSURANCE**
**COMPANY, NICKY RODRIGUEZ**
**CEMENT, and NICKY RODRIGUEZ,**

      **Defendants.**

**1: 07-CV-0568 AWI SMS**
**NEW CASE NUMBER**

**1: 07-CV-0568 LJO NEW**
**OLD CASE NUMBER**

_____

**CENTEX HOMES,**
        **Plaintiff,**
    **v.**

**FINANCIAL PACIFIC INSURANCE**
**COMPANY, CITATION INSURANCE**
**COMPANY, PICO HOLDINGS, INC.**
**E&P CONCRETE CONSTRUCTION,**
**INC.,**
      **Defendants.**

**1: 07-CV-0569 AWI SMS**
**NEW CASE NUMBER**

**1: 07-CV-0569 LJO SMS**
**OLD CASE NUMBER**

_____

**CENTEX HOMES,**

        **Plaintiff,**

    **v.**

**FINANCIAL PACIFIC INSURANCE**
**COMPANY, AC CONCRETE and**
**STEVEN MICHAEL PARSONS,**

      **Defendants.**

**1: 07-CV-0570 AWI SMS**
**NEW CASE NUMBER**

**1: 07-CV-0570 LJO SMS**
**OLD CASE NUMBER**

The court finds that the above-captioned actions are similar to **CENTEX HOMES v. FINANCIAL PACIFIC INSURANCE, COMPANY, AMERICAN STATES, INSURANCE COMPANY, SAFECO INSURANCE COMPANY and CARR BUSINESS ENTERPRISES, INC, 1:07- CV - 07-0567 AWI SMS,** in that all cases appear to involve similar questions of fact and law and assignment to the same Judge and Magistrate judge is likely to effect a substantial

1  savings of judicial effort.  <u>See</u> Local Rule 83-123.  Therefore, IT IS HEREBY ORDERED

2  THAT the above-captioned actions, being the higher numbered cases, are reassigned to the same

3  Judge and Magistrate judge as the lower numbered case.   IT IS FURTHER ORDERED THAT

4  all future pleadings filed in the above-captioned actions shall include the new case numbers:

5       **1: 07-CV-0568 AWI SMS**

6       **1: 07-CV-0569 AWI SMS**

7       **1: 07-CV-0570 AWI SMS**

8  These cases are REFERRED to the Magistrate Judge to set a scheduling conference.

9  IT IS SO ORDERED.

10  **Dated:     June 6, 2007**                              **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE

2