1  Lindy H. Scoffield, (SBN 131283)
   Email: lscoffield@anwylaw.com
2  Pamela A. Lewis, (SBN 116430)
   Email: plewis@anwylaw.com'
3  ANWYL, SCOFFIELD & STEPP, LLP.
   P.O. Box 269127
4  Sacramento, CA. 95826-9127
   Attorneys for CARR BUSINESS
5  ENTERPRISES, INC. DBA CLOVIS CONCRETE
   (Case No. 1:07-CV000567-AWI-SMS);
6  NICKY RODRIGUEZ DBA NICKY RODRIGUEZ
   CEMENT (Case No.1:07-CV000568-AWI-SMS);
7  E&P CONCRETE CONSTRUCTION, INC.
   (Case No.1:07-CV000569-AWI-SMS) and
8  STEPHEN MICHAEL PARSONS (deceased) dba
   AC CONCRETE (Case No.1:07-CV000570-AWI-SMS)

9

10              UNITED STATES DISTRICT COURT

11       EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12

13  CENTEX HOMES,                    Case No.: 1:07-CV000569- AWI-SMS

14              Plaintiff,           STIPULATION AND ORDER TO EXTEND
                                     CERTAIN PRE-TRIAL DEADLINES
15       vs.
                                     Courtroom:  7
16  FINANCIAL PACIFIC INSURANCE
    COMPANY, CITATION INSURANCE      Judge:  Honorable Sandra M. Snyder
17  COMPANY, PICO HOLDINGS, INC. and
    E&P CONCRETE CONSTRUCTION, INC.,  Trial Date: October 6, 2009
18
                Defendants.
19

20
    RELATED CROSS-CLAIM
21

22        The parties to the action, through their respective counsel, hereby agree and stipulate as

23  follows, and request that the Court enter the following order approving the stipulation:

24        WHEREAS the four above-entitled cases are not consolidated but are related by virtue of

25  Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and

26  Plaintiff having similar claims against the Defendants;

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1      WHEREAS certain discovery issues are common to each of the four cases, the parties seek

2  extension of certain pre-trial deadlines applicable to all four case based on the following facts;

3      WHEREAS the cases involve claims concerning numerous underlying state court actions

4  for construction defects in which there were hundreds of (underlying) plaintiffs with numerous

5  different claims;

6      WHEREAS the parties are still diligently exchanging a vast amount of documentation,

7  made more time consuming because of difficulty in locating and producing certain documents

8  relevant to their claims and defenses;

9      WHEREAS there have been delays in processing some of the documentation because some

10  data is only accessible with use of certain software that some counsel do not have;

11      WHEREAS the parties, by and through their respective counsel, are still working to resolve

12  issues related to document conversion, accessibility and production, as well as to informally resolve

13  various discovery disputes that have arisen;

14      WHEREAS the parties have previously requested extension of discovery deadlines but

15  realize they will be unable to complete discovery by the May 22, 2009 non-expert discovery

16  deadline for the reasons mentioned above;

17

18      WHEREAS, counsel for the four subcontractor Defendants (NICKY RODRIGUEZ dba

19  NICKY RODRIGUEZ CONCRETE, E&P CONCRETE CONSTRUCTION, INC., CARR

20  BUSINESS ENTERPRISES, INC. dba CLOVIS CONCRETE, and STEVEN MICHAEL

21  PARSONS (deceased) dba AC CONCRETE) has had a long scheduled pre-paid vacation during

22  the entire month of June to visit family out of the country;

23      WHEREAS, counsel have been recently made aware of the death of Defendant STEVEN

24  MICHAEL PARSONS (deceased);

25      WHEREAS the person most knowledgeable for Defendant CARR BUSINESS

26  ENTREPRISES, INC. is unavailable for deposition for several of weeks;

27

28

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties have met and conferred on this issue at length and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery based on facts known to them at this time, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, the mediation, previously scheduled for May 18, 2009, has been continued to September 1, 2009 to allow parties to complete discovery;

WHEREAS, this stipulation will not alter the Court's pre-trial conference and trial date;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current deadline | Revised deadline |
|---|---|---|
| *Rule 26 disclosure (no change)* | *DONE* | *DONE* |
| Close of non-expert discovery | 5/22/09 | 7/17/09 |
| Expert disclosure | 5/29/99 | 7/22/09 |
| Supplemental expert disclosure | 6/19/09 | 8/5/09 |
| Close of expert discovery | 7/17/09 | 8/15/09 |
| Filing non-dispositive motion | 7/31/09 | 8/21/09 |
| Filing dispositive motion | 8/7/09 | 8/21/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

As noted, the pre-trial conference, and the trial date remain unchanged.

DATED: May 14, 2009                    HOWREY LLP

                                       By ___/s/ Aaron Gruber_____
                                       AARON R. GRUBER
                                       Attorneys for Plaintiff CENTEX HOMES

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3   DATED: May 14, 2009                FOTOUHI EPPS HILLGER GILROY LLP

4
                                       By      /s/ Mark Divelbiss
5                                      MARK DIVELBISS
                                       Attorneys for Defendant and Cross-Claimant
6                                      FINANCIAL PACIFIC INSURANCE COMPANY

7

8   DATED: May 14, 2009                ANWYL SCOFFIELD & STEPP, LLP

9
                                       By      /s/ Pamela Lewis
10                                     PAMELA LEWIS
                                       Attorneys for Defendant E&P CONCRETE
11                                     CONSTRUCTION, INC.

12

13  DATED: May 14, 2009                SINNOTT, DITO, MOURA & PUEBLA P.C.

14
                                       By      /s/ Stephen Wong
15                                     STEPHEN WONG
                                       Attorneys for Cross-Defendant ZURICH AMERICAN
16                                     INSURANCE COMPANY

17  DATED: May 14, 2009                SELMAN BREITMAN LLP

18
                                       By      /s/ Gregory Newman
19                                     GREGORY NEWMAN
                                       Attorneys for Defendants and Cross-Defendants,
20                                     CITATION INSURANCE COMPANY, PICO
                                       HOLDINGS, INC.
21
    DATED: May 14, 2009                ARCHER NORRIS PLLC
22
                                       By      /s/ Sean White
23                                     SEAN WHITE
                                       Attorneys for Defendant and Cross-Claimant
24                                     FINANCIAL PACIFIC INSURANCE COMPANY

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

## **RULE 7-131(e) CERTIFICATION**

I, Pamela A. Lewis, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 14th day of May, 2009, at Sacramento, California.

/s/ Pamela A. Lewis
Pamela A. Lewis
Attorneys for Defendant E&P CONCRETE
CONSTRUCTION, INC.

## **ORDER**

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order (Document 46) to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
|---|---|---|
| *Rule 26 disclosure (no change)* | *DONE* | *DONE* |
| Close of non-expert discovery | 5/22/09 | 7/17/09 |
| Expert disclosure | 5/29/99 | 7/22/09 |
| Supplemental expert disclosure | 6/19/09 | 8/5/09 |
| Close of expert discovery | 7/17/09 | 8/15/09 |
| Filing non-dispositive motion | 7/31/09 | 8/21/09 |
| Filing dispositive motion | 8/7/09 | 8/21/09 |
| *Pre-trial conference date (no change)* | *8/21/09* | *8/21/09* |
| *Trial Date (no change)* | *10/6/09* | *10/6/09* |

DATED:  May 15, 2009          /s/ Sandra M. Snyder
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com