DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER  (CA BAR #209509)
Email: grubera@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-3606
Tel.  415.848.4900
Fax  415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>                Plaintiff,<br><br>       vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, CITATION INSURANCE COMPANY, PICO HOLDINGS, INC. and E&P CONCRETE CONSTRUCTION, INC.,<br><br>                Defendants. | Case No.: 1:07-CV000569- AWI-SMS<br><br>STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES<br><br>Courtroom:   7<br><br>Magistrate Judge:  Honorable Sandra M. Snyder<br><br>Trial Date: March 16, 2010 |
| RELATED CROSS-CLAIM | |

Pursuant to the telephonic conference among the parties and the Court on July 15, 2009, the parties to the action, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

WHEREAS the four above-entitled cases are not consolidated but are related by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and Plaintiff having similar claims against the Defendants;

WHEREAS certain discovery issues are common to each of the four cases, and the parties seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the cases involve claims concerning numerous underlying state court actions for construction defects in which there were hundreds of underlying plaintiffs;

WHEREAS the parties are still diligently exchanging documentation, made more time consuming because of difficulty in locating and producing certain documents relevant to their claims and defenses;

WHEREAS the parties, by and through their respective counsel, are still working to resolve issues related to document conversion, accessibility and production, as well as to informally resolve various discovery disputes that have arisen;

WHEREAS the parties have previously requested extension of discovery deadlines but realize they will be unable to complete discovery by the current discovery deadlines for the reasons mentioned above;

WHEREAS, counsel have been recently made aware of the death of Defendant STEVEN MICHAEL PARSONS;

WHEREAS the person most knowledgeable for Defendant CARR BUSINESS ENTREPRISES, INC. has been unavailable for deposition;

WHEREAS, the parties have met and conferred on pre-trial deadlines at length and declare that this stipulation has been entered into based on a good faith analysis of the time necessary to conclude their discovery based on facts known to them at this time, and of the need to have non-expert discovery completed prior to expert disclosures;

WHEREAS, the mediation, previously scheduled for September 1, 2009, has been continued due to trial conflicts of defense counsel and to allow parties to complete discovery;

WHEREAS, this stipulation presents dates in accordance with the new trial date set by this Court for March 16, 2010;

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current | Revised deadline |
| --- | --- | --- |

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

|  | deadline |  |
|---|---|---|
| Close of non-expert discovery | 7/17/09 | 11/6/09 |
| Expert disclosure | 7/22/99 | 11/20/09 |
| Supplemental expert disclosure | 8/5/09 | 12/04/09 |
| Close of expert discovery | 8/15/09 | 12/18/09 |
| Filing non-dispositive motion | 8/21/09 | 12/24/09 |
| Filing dispositive motion | 8/21/09 | 12/24/09 |
| Pre-trial conference date | 8/21/09 | 1/29/10 |
| Trial Date | 10/6/09 | 3/16/10 |

DATED:  August 10, 2009         HOWREY LLP

                                By    /s/ Aaron Gruber
                                AARON R. GRUBER
                                Attorneys for Plaintiff CENTEX HOMES


DATED:  August 10, 2009         FOTOUHI EPPS HILLGER GILROY LLP

                                By    /s/ Mark Divelbiss
                                MARK DIVELBISS
                                Attorneys for Defendant and Cross-Claimant
                                FINANCIAL PACIFIC INSURANCE COMPANY


DATED:  August 10, 2009         ANWYL SCOFFIELD & STEPP, LLP

                                By    /s/ Pamela Lewis
                                PAMELA LEWIS
                                Attorneys for Defendant E&P CONCRETE
                                CONSTRUCTION, INC.

-3-

DATED:  August 10, 2009            SINNOTT, DITO, MOURA & PUEBLA P.C.

                                   By    /s/ Stephen Wong
                                   STEPHEN WONG
                                   Attorneys for Cross-Defendant ZURICH AMERICAN
                                   INSURANCE COMPANY

DATED:  August 10, 2009            SELMAN BREITMAN LLP

                                   By    /s/ Gregory Newman
                                   GREGORY NEWMAN
                                   Attorneys for Defendants and Cross-Defendants,
                                   CITATION INSURANCE COMPANY, PICO
                                   HOLDINGS, INC.

DATED:  August 10, 2009            ARCHER NORRIS PLLC

                                   By    /s/ Sean White
                                   SEAN WHITE
                                   Attorneys for Defendant and Cross-Claimant
                                   FINANCIAL PACIFIC INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

**RULE 7-131(e) CERTIFICATION**

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 10th day of August, 2009, at Sacramento, California.

       /s/  Aaron R. Gruber
       Aaron R. Gruber
       Attorney for Plaintiff CENTEX HOMES

**ORDER**

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order (Document 50) to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |
| Close of non-expert discovery | 7/17/09 | 11/6/09 |
| Expert disclosure | 7/22/99 | 11/20/09 |
| Supplemental expert disclosure | 8/5/09 | 12/04/09 |
| Close of expert discovery | 8/15/09 | 12/18/09 |
| Filing non-dispositive motion | 8/21/09 | 12/24/09 |
| Filing dispositive motion | 8/21/09 | 12/24/09 |
| Pre-trial conference date | 8/21/09 | 1/29/10 |
| Trial Date | 10/6/09 | 3/16/10 |

DATED:   8/20/2009         /s/ Sandra M. Snyder
       Magistrate Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com