1  **Shahab E. Fotouhi - No. 168301**
2  **Mark J. Divelbiss - No. 142084**
   FOTOUHI • EPPS • HILLGER • GILROY PC
   160 Pine Street, Suite 710
3  San Francisco, CA 94111
   Tel: 415.362.9300
4  Fax: 415.358.5521

5  Attorneys for Defendant and Counter Claimant
   FINANCIAL PACIFIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTEX HOMES | **Case No. 1:07-CV-00569-AWI-SMS** |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER ALLOWING COUNTER CLAIMANT FINANCIAL PACIFIC INSURANCE COMPANY TO AMEND ITS COUNTER CLAIM |
| FINANCIAL PACIFIC INSURANCE COMPANY, CITATION INSURANCE, PICO HOLDINGS, INC. and E&P CONCRETE CONSTRUCTION, INC. | |
| | Courtroom: 7 |
| Defendants. | Judge: Honorable Sandra M. Snyder |
| FINANCIAL PACIFIC INSURANCE COMPANY, | Trial Date: March 16, 2010 |
| Counter Claimant | |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, CITATION INSURANCE COMPANY, PICO HOLDINGS, INC. | |
| Counter Defendants | |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1     WHEREAS, the above-captioned parties, by and through their respective counsel,
2 hereby submit this Stipulation and Order Allowing Counter Claimant, FINANCIAL PACIFIC
3 INSURANCE COMPANY, to amend its Counter Claim as follows:
4     WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, filed
5 and served its original Counter Claim in this action on June 27, 2007.
6     WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, has only
7 recently become aware that Zurich American Insurance Company did not issue any policies of
8 insurance to Defendant E&P Concrete Construction, Inc. in the subject litigation. Instead, such
9 policies were issued by other member companies of Zurich North America which should now be
10 named as Counter Defendants.
11     WHEREAS, the following member companies of Zurich North America shall be named
12 as Counter-Defendants: (1) Assurance Company of America; (2) Maryland Casualty Company;
13 and (3) Northern Insurance Company of New York.
14     WHEREAS, Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, agrees
15 to dismiss Zurich American Insurance Company from its Counter Claim without prejudice.
16     WHEREAS, the parties wish to stipulate to the aforementioned amendment to the
17 Counter Claim in order to avoid the needless filing of a motion and incurring unnecessary costs
18 to their respective clients.
19     WHEREAS, the modification of such counterclaim is necessary in presenting the merits
20 of the case and no substantial prejudice will arise to any of the parties from allowing this
21 modification.
22
23 Dated: August 27, 2009           FOTOUHI • EPPS • HILLGER • GILROY PC
24
25                     By:    /s/ Mark J. Divelbiss
                          Mark J. Divelbiss
                          Attorneys for Defendant
26                           FINANCIAL PACIFIC INSURANCE
                          COMPANY
27
28

| | | |
|---|---|---|
| 1 | Dated: August 27, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | By: /s/ Aaron R. Gruber |
| 4 | | Aaron R. Gruber<br>Attorneys for Plaintiff CENTEX HOMES |
| 5 | Dated: August 27, 2009 | ANWYL SCOFFIELD & STEPP, LLP |
| 6 | | |
| 7 | | By: /s/ Pamela Lewis |
| 8 | | Pamela Lewis<br>Attorneys for Defendant E&P Concrete Construction, Inc. |
| 9 | Dated: August 27, 2009 | SINNOTT, DITO, MOURA & PUEBLA P.C. |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Stephen R. Wong |
| 13 | | Stephen R. Wong<br>Attorneys for Cross-Defendant ZURICH INSURANCE COMPANY |
| 14 | Dated: August 27, 2009 | ARCHER NORRIS |
| 15 | | |
| 16 | | By: /s/ W. Eric Blumhardt |
| 17 | | W. Eric Blumhardt<br>Co-Counsel for Financial Pacific Insurance Company |
| 18 | Dated: August 27, 2009 | SELMAN BREITMAN LLP |
| 19 | | |
| 20 | | |
| 21 | | By: /s/ Gregory J. Newman |
| 22 | | Gregory J. Newman<br>Attorneys for Citation Insurance Company and Pico Holdings, Inc. |

<u>RULE 7-131 (e) CERTIFICATION</u>

I, Mark J. Divelbiss, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 28th day of August, 2009, at Oakland, California.

1
2                            /s/ Mark J. Divelbiss
Mark J. Divelbiss, Esq.
Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

## ORDER

The parties having so stipulated, and good cause appearing, the Court hereby grants leave for the Counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, to file an amended counterclaim as set forth the in the above Stipulation.

IT IS SO ORDERED.

Dated:   August 31, 2009                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE