1  **Shahab E. Fotouhi - No. 168301**
   **Mark J. Divelbiss - No. 142084**
2  FOTOUHI • EPPS • HILLGER • GILROY PC
   160 Pine Street, Suite 710
3  San Francisco, CA 94111
   Tel: 415.362.9300
4  Fax: 415.358.5521

5  Attorneys for Defendant and Counter Claimant
   FINANCIAL PACIFIC INSURANCE COMPANY
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10 | CENTEX HOMES                          ) | **Case No. 1:07-CV-00569-AWI-SMS**
11 |     Plaintiff,                        ) |
12 | vs.                                   ) | **STIPULATION AND ORDER ALLOWING**
   |                                       ) | **FINANCIAL PACIFIC INSURANCE**
   |                                       ) | **COMPANY TO DISMISS ITS COUNTER**
13 | FINANCIAL PACIFIC INSURANCE           ) | **CLAIMS AGAINST ZURICH AMERICAN**
   | COMPANY, CITATION INSURANCE, PICO     ) | **INSURANCE COMPANY**
14 | HOLDINGS, INC. and E&P CONCRETE       ) |
   | CONSTRUCTION, INC.                    ) | Courtroom:    7
15 |                                       ) |
16 |     Defendants.                       ) | Judge:    Honorable Sandra M. Snyder
17 |                                       ) |
   |                                       ) | Trial Date:   March 16, 2010
18 |                                       ) |
   | RELATED COUNTER-CLAIMS                ) |
19 |                                       ) |

20

21      Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Counter Claimant

22 Financial Pacific Insurance Company hereby requests the dismissal of its counter claims

23 against counter defendant Zurich American Insurance Company in this matter.  The request for

24 dismissal is made, pursuant to FRCP 41(a)(ii), with the stipulation of all parties, which is listed

25 below.

26                              **STIPULATION**

27      WHEREAS, Counter Claimant, Financial Pacific Insurance Company ("FPIC"),

28

1  submitted a Stipulation and Order to file an Amended Counter Claim, on August 31, 2009, in
2  the above-captioned action.
3
4  WHEREAS, the parties to that Stipulation and Order also stipulated that FPIC would
5  subsequently dismiss its claims against Counter Defendant Zurich American Insurance
6  Company once the Amended Counter Claim was filed.
7  WHEREAS, this Court issued an Order on September 2, 2009, granting Counter
8  Claimants leave to file an Amended Counter Claim, which was then filed on September 22,
9  2009.
10  WHEREAS, the above-captioned parties, by and through their respective counsel, join
11  now and hereby stipulate to the dismissal of all counter claims by Financial Pacific Insurance
12  Company against Zurich American Insurance Company as they relate to the subject action.
13
14  Dated: September 29, 2009          FOTOUHI • EPPS • HILLGER • GILROY PC

15                                     By:    /s/ Mark J. Divelbiss
                                              Mark J. Divelbiss
16                                            Attorneys for Defendant
                                              FINANCIAL PACIFIC INSURANCE
17                                            COMPANY

18
    Dated: September 29, 2009          HOWREY LLP
19

20                                     By:    /s/ Aaron R. Gruber
                                              Aaron R. Gruber
21                                            Attorneys for Plaintiff CENTEX HOMES

22
    Dated: September 29, 2009          ANWYL SCOFFIELD & STEPP, LLP
23

24                                     By:    /s/ Pamela Lewis
                                              Pamela Lewis
25                                            Attorneys for Defendant E&P CONCRETE
                                              CONSTRUCTION, INC.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: September 29, 2009 | SINNOTT, DITO, MOURA & PUEBLA  P.C. |
| 2 | | |
| 3 | | By:   /s/ Stephen R. Wong<br>Stephen R. Wong<br>Attorneys for Cross-Defendants |
| 4 | COMPANY | ZURICH AMERICAN INSURANCE |
| 5 | | ASSURANCE COMPANY OF AMERICA,<br>MARYLAND CASUALTY COMPANY and |
| 6 | | THE NORTHERN INSURANCE COMPANY<br>OF NEW YORK |
| 8 | Dated: September 29, 2009 | ARCHER NORRIS |
| 10 | | By:   /s/ W. Eric Blumhardt<br>W. Eric Blumhardt<br>Co-Counsel for Financial Pacific Insurance |
| 11 | | Company |
| 13 | Dated: September 29, 2009 | SELMAN BREITMAN LLP |
| 15 | | By:   /s/ Gregory J. Newman<br>Gregory J. Newman<br>Attorneys for Citation Insurance Company |
| 16 | | and Pico Holdings, Inc. |

### RULE 7-131 (e) CERTIFICATION

I, Mark J. Divelbiss, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulated Motion and [Proposed] Order on that counsel's behalf.

Executed this 29th day of September, 2009, at Oakland, California.

/s/ Mark J. Divelbiss
Mark J. Divelbiss, Esq.
Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

### ORDER

The parties having so stipulated, and good cause appearing, the Court hereby grants

1  leave for the counter Claimant, FINANCIAL PACIFIC INSURANCE COMPANY, to dismiss
2  counter-defendant Zurich American Insurance Company from the subject action.
3  Accordingly, Zurich American Insurance company is hereby dismissed from this subject
4  action.
5
6  IT IS SO ORDERED.
7  **Dated:    November 5, 2009**              /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE