DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER (CA BAR #209509)
Email: grubera@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-3606
Tel. 415.848.4900
Fax 415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES, | Case No.: 1:07-CV000569- AWI-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL |
| vs. | |
| FINANCIAL PACIFIC INSURANCE COMPANY, CITATION INSURANCE COMPANY, PICO HOLDINGS, INC. and E&P CONCRETE CONSTRUCTION, INC., | Courtroom:  7 |
| | Magistrate Judge:  Honorable Sandra M. Snyder |
| | Current Trial Date: March 16, 2010 |
| Defendants. | |
| RELATED CROSS-CLAIM. | |

Pursuant to the telephonic conference among the parties and the Court on October 15, 2009, the parties to the action, through their respective counsel, hereby agree and stipulate as follows, and request that the Court enter the following order approving the stipulation:

WHEREAS Case Nos. 1:07-CV000567, 1:07-CV000568, 1:07-CV000569, and 1:07-CV000570, which are all in this Court and include this action, while not consolidated, are related to some degree by virtue of Plaintiff and Defendant Financial Pacific Insurance Company being parties to all four cases and Plaintiff having similar claims against the Defendants;

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND TRIAL
DM_US:22972881_1

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS certain discovery issues are common to each of the four cases, and the parties
2 seek extension of certain pre-trial deadlines applicable to all four case based on the following facts;
3     WHEREAS the cases involve claims concerning numerous underlying state court actions
4 for construction defects in which there were hundreds of underlying plaintiffs;
5     WHEREAS the parties are still diligently exchanging documentation, made more time
6 consuming because of difficulty in locating and producing certain documents relevant to their
7 claims and defenses;
8     WHEREAS the parties, by and through their respective counsel, are still working to resolve
9 issues related to document conversion, accessibility and production, as well as to informally resolve
10 various discovery disputes that have arisen;
11     WHEREAS the parties have previously requested extension of discovery deadlines but
12 realize they will be unable to complete discovery by the current discovery deadlines for the reasons
13 mentioned above;
14     WHEREAS, the parties have met and conferred on pre-trial deadlines and declare that this
15 stipulation has been entered into based on a good faith analysis of the time necessary to conclude
16 their discovery based on facts known to them at this time, and of the need to have non-expert
17 discovery completed prior to expert disclosures;
18     WHEREAS, the mediation, previously scheduled for September 1, 2009, has been
19 continued to December 15, 2009 due to trial conflicts of defense counsel and to allow parties to
20 complete discovery;
21     IT IS HEREBY STIPULATED by and among the parties to this action, through their
22 respective counsel below, that the following deadlines may be extended as set forth below:

| Event | Current deadline | Revised deadline |
| --- | --- | --- |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 |
| Trial Date | 3/16/10 | 8/24/10 |

DATED:  October 28, 2009          HOWREY LLP

By   /s/ Daven G. Lowhurst
DAVEN G. LOWHURST
Attorneys for Plaintiff CENTEX HOMES

DATED:  October 28, 2009          FOTOUHI EPPS HILLGER GILROY LLP

By   /s/ Mark Divelbiss
MARK DIVELBISS
Attorneys for Defendant and Cross-Claimant
FINANCIAL PACIFIC INSURANCE COMPANY

DATED:  October 28, 2009          ANWYL SCOFFIELD & STEPP, LLP

By   /s/ Pamela Lewis
PAMELA LEWIS
Attorneys for Defendant E&P CONCRETE
CONSTRUCTION, INC.

DATED:  October 28, 2009          SINNOTT, DITO, MOURA & PUEBLA P.C.

By   /s/ Stephen R. Wong
Stephen R. Wong
Attorneys for Cross-Defendants ASSURANCE
COMPANY OF AMERICA, NORTHERN
INSURANCE COMPANY OF NEW YORK,
MARYLAND CASUALTY COMPANY and ZURICH
AMERICAN INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

**RULE 7-131(e) CERTIFICATION**

I, Aaron R. Gruber, hereby attest, pursuant to Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf. Executed this 28th day of October, 2009, at San Francisco, California.

                    /s/  Daven G. Lowhurst
                    Daven G. Lowhurst
                    Attorney for Plaintiff CENTEX HOMES

**ORDER**

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Scheduling Conference Order to incorporate the revised deadlines set forth below:

| Event | Current deadline | Revised deadline |
|---|---|---|
| Close of non-expert discovery | 11/6/09 | 4/2/10 |
| Expert disclosure | 11/20/09 | 4/16/10 |
| Supplemental expert disclosure | 12/04/09 | 4/30/10 |
| Close of expert discovery | 12/18/09 | 5/21/10 |
| Filing dispositive motion | 12/24/09 | 5/28/10 |
| Filing non-dispositive motion (except re expert witness discovery) | 12/24/09 | 5/28/10 |
| Filing motion re expert witness discovery | 12/24/09 | 6/4/10 |
| Pre-trial conference date | 1/29/10 | 7/9/10 at 8:30a.m. (AWI) |
| Trial Date | 3/16/10 | 8/24/10 at 8:30a.m. (AWI) |

**IT IS SO ORDERED.**

**Dated:     November 3, 2009**          /s/ Sandra M. Snyder
                                          **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com