DAVEN G. LOWHURST (CA BAR #124723)
Email: lowhurstd@howrey.com
AARON R. GRUBER (CA BAR #209509)
Email: grubera@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-3606
Tel. 415.848.4900
Fax 415.848.4999

Attorneys for Plaintiff
CENTEX HOMES

FILED
APR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- FRESNO DIVISION

| | |
|---|---|
| CENTEX HOMES,<br><br>           Plaintiff,<br><br>     vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, CITATION INSURANCE COMPANY, PICO HOLDINGS, INC. and E&P CONCRETE CONSTRUCTION, INC.,<br><br>           Defendants. | Case No. 1:07-CV-00569-AWI-SWS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

HOWREY LLP

Case No. 07-cv-00569-AWI-SWS
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

DM_US:23163810_1

1  Plaintiff Centex Homes ("Centex"), Defendant E&P Concrete Construction, Inc. ("E&P"), Defendant and Counter-Claimant Financial Pacific Insurance Company ("FPIC"), Counter-Defendant Citation Insurance Company ("CIC"), Counter-Defendant Pico Holdings, Inc. ("PHI"), and Counter-Defendant Assurance Company of America ("ACOA"), Maryland Casualty Company ("MCC"), and Northern Insurance Company Of New York ("NIC") (collectively the "Parties") have settled this action and have agreed to dismiss the claims, counter-claims and cross-claims in this action, pursuant to their Settlement Agreement and Release effective as of March 12, 2010 (the "Settlement Agreement"), and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Centex, E&P, FPIC, CIC, PHI, ACOA, MCC, and NIC hereby stipulate to dismiss with prejudice all claims, counter-claims, and cross-claims in this action, consistent with and subject to the terms of the Settlement Agreement, the Parties to bear their own respective attorney's fees and costs herein.

IT IS SO STIPULATED.

DATED: April 16, 2010          HOWREY LLP

                               By  /s/ Aaron Gruber
                               AARON R. GRUBER
                               Attorneys for Plaintiff CENTEX HOMES

DATED: April 16, 2010          FOTOUHI EPPS HILLGER GILROY LLP

                               By  /s/ Mark Divelbiss
                               MARK DIVELBISS
                               Attorneys for Defendant and Counter-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: April 16, 2010          ARCHER NORRIS LLP

                               By  /s/ Sean White
                               SEAN WHITE
                               Attorneys for Defendant and Counter-Claimant FINANCIAL PACIFIC INSURANCE COMPANY

DATED: April 16, 2010          ANWYL SCOFFIELD & STEPP, LLP

                               By  /s/ Lindy Scoffield
                               LINDY SCOFFIELD
                               Attorneys for Defendant E&P CONCRETE

| | |
|---|---|
| 1 | CONSTRUCTION, INC. |
| 2  DATED: April 16, 2010 | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| 3 | By   /s/ Stephen Wong |
| 4 | STEPHEN WONG |
| 5 | Attorneys for Counter-Defendants ASSURANCE COMPANY OF AMERICA, MARYLAND CASUALTY COMPANY, and NORTHERN INSURANCE COMPANY OF NEW YORK |
| 7  DATED: April 16, 2010 | SELMAN BREITMAN, LLP |
| 8 | |
| 9 | By   /s/ Gregory Newman |
| | GREGORY NEWMAN |
| 10 | Attorneys for Counter-Defendants CITATION INSURANCE CO. and PICO HOLDINGS, INC. |

## RULE 7-131(e) CERTIFICATION

I, Aaron R. Gruber, hereby attest, pursuant to this Court's Rule 7-131(e), that each of the other counsel identified above have authorized the submission of this Stipulation and [Proposed] Order on that counsel's behalf.

Executed this 16th day of April 2010, at San Francisco, California.

/s/ Aaron R. Gruber
Aaron R. Gruber
Attorney for Plaintiff CENTEX HOMES

## ORDER ON STIPULATION

The Parties having so stipulated, and good cause appearing, the dismissals set forth above are **SO ORDERED**. The Clerk of the Court shall CLOSE THE CASE.

Dated: April 20, 2010

[signature]
Judge of the United States District Court

HOWREY LLP

Case No. 07-cv-00569-AWI-SWS
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

-2-

DM_US:23163810_1